UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA BURKE,

Plaintiff,

-vs-

CAPITAL ONE BANK (USA), N.A.　　　　　CASE NO.:  8:18-CV-1507-T-02AEP
and TATE & KIRLIN ASSOCIATES,
INC.,

Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Patricia Burke, by and through the undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, Capital One Bank (USA) N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ Shaughn C. Hill*
Shaughn C. Hill, Esq.
Florida Bar #: 105998
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
shill@forthepeople.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's CM/ECF system.

Megan P. Stephens
Florida Bar No. 92557
Megan.Stephens@burr.com
BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-714-6893
Attorney for Defendant Capital One Bank (USA), N.A

Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063

                                                */s/Shaughn C. Hill*
                                                Shaughn C. Hill, Esq.
                                                Florida Bar #: 105998