UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA BURKE,

      Plaintiff,                       CASE NO.:  8:18-CV-1507-T-02AEP

-vs-

CAPITAL ONE BANK (USA), N.A.
and TATE & KIRLIN ASSOCIATES,
INC.,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      **COMES NOW** the Plaintiff, Patricia Burke, and the Defendant, Capital One Bank (USA), N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

      Respectfully submitted this 25th day of October, 2018.


*/s/ Shaughn C. Hill*_____              */s/ Megan P. Stephens*_____
Shaughn C. Hill, Esq.                     Megan P. Stephens, Esq.
Morgan & Morgan, Tampa,  P.A.          Burr & Forman LLP
One Tampa City Center                 420 N. 20th Street, Suite 3400
Tampa, FL 33602                        Birmingham, AL 35203
Tele: (813) 223-5505                  Tele: (205) 251-3000
Fax: (813) 223-5402                   Fax: (205) 714-6893
shill@forthepeople.com              mstephens@burr.com
Florida Bar#: 105998                  Florida Bar #:  0092557
*Attorney for Plaintiff*               *Attorney for Defendant*